**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  20-10008-CR-JLK**

**UNITED STATES OF AMERICA**

v.

**JULIO CESAR DIAZ,**

**Defendant.**
_____/

## FACTUAL PROFFER

The United States of America and Defendant JULIO CESAR DIAZ ("Defendant") agree that had

this case gone to trial, the United States would have proven the following facts, among others,

beyond a reasonable doubt:

On or about March 3, 2020, Defendant entered the Centennial Bank branch located at 701

Whitehead Street, Key West, Florida.  The Defendant entered the bank and approached the teller,

who was not behind bullet resistant glass. The Defendant presented a handwritten note which said

that the Defendant wanted all the money in the teller's drawer and that he had a gun.  The teller

was in fear and did as she was instructed.  The teller gave the Defendant the money in her cash

drawer which totaled $2,459.00.  The Defendant then walked out of the bank with the money and

the handwritten note. The teller informed her coworkers of the robbery and triggered the bank's

alarm system.

Surveillance footage from the bank clearly depict the Defendant as the robber.  In a post-

*Miranda* video and audio recorded interview, the Defendant admitted to the robbery and said he

gave the teller a handwritten note which stated that he had a gun.  The Defendant stated that he

had a gun in his waistband during the robbery but he did not use it.  The gun was a 9mm Ruger

Security-9 pistol (serial number: 381-79435), which was subsequently seized by law enforcement.

The United States and the Defendant agree that the Centennial Bank branch located at 701 Whitehead Street, Key West, Florida is insured by the Federal Deposit Insurance Corporation.

The United States and the Defendant agree that these facts, which do not include all of the facts known to the government and the Defendant, are sufficient to prove the guilt of the Defendant as to the crime of bank robbery, in violation of 18 U.S.C. § 2113(a),

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: __8/28/2020__       By: _____
                              LINDSEY LAZOPOULOS FRIEDMAN
                              ASSISTANT UNITED STATES ATTORNEY

Date: __10/1/20__         By: _____
                              STEWART ABRAMS
                              ATTORNEY FOR DEFENDANT

Date: __10/1/20__         By: _____
                              JULIO CESAR DIAZ
                              DEFENDANT